# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FL-03848

## DECLARATION OF Russell Castillo

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Russell Castillo I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C.  As part of my duties I am tasked to conduct a Website Capture.

3. In support of investigation number FL-03848, and at the direction of my supervisor, I was tasked to conduct Website/video capture of the following URL's.

    https://www.suretrader.com/

    https://www.suretrader.com/trading-platforms/suretrader-desktop/

    https://www.suretrader.com/trading-platforms/suretrader-activeweb/

    https://www.suretrader.com/trading-platforms/suretrader-mobile/

    https://www.suretrader.com/top-stock-alerts/

4. To complete the above mentioned website/video capture the following tools were used:

    Adobe Acrobat Pro

5. After each website/video was captured, an email containing the identified web capture was produced to
   or
    After each website/video was captured for the above criteria, It was stored on a network share in which the location was provided by Sajjad Matin. The location that was provided is as follows:

    \\ad\enfdataexchange\HQtoMIRO_dropoff\Webcapture

6. Any additional comments related to this Website/video capture are provided below:

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Russell Castillo
[Analyst Name]

Executed on this 10th day of June 2017

**EXHIBIT 3**



Pricing & Fees

Top Stock Alerts | Open An Account | Account Login

**20000+**
Clients

**50+**
Experienced Employees

**12000+**
trades per day

**100+**
Years of Management Team Experience

# A Powerful Trading Platform to fit your Trading Style

The SureTrader Desktop Pro, Level II, Direct Access software comes complete with fully integrated point-and-click trading and customized views of the market to fit any Day Trading style.

Learn more

Live Help