# U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FL-03848

DECLARATION OF Leevented Henley

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Leevented Henley I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C. As part of my duties I am tasked to conduct a Website Capture/Video Capture.

3. In support of investigation number FL-03848, and at the direction of my supervisor, I was tasked to conduct Website/video capture of the following URL's.
   http://mintrade.tech/

   https://www.linkedin.com/in/nicholas-abadiotakis-304b959/

4. To complete the above mentioned website/video capture on, February 2, 2019, the following tools were used:
   Fire shot, Full-page Screen Capture, Off-line Explorer Pro, and Adobe Acrobat Pro

5. After each website/video was captured, a CD/DVD containing the identified web capture was produced to
   or
   After each website/video was captured for the above criteria, It was stored on a network share in which the location was provided by Marlon Roa. The location that was provided is as follows:

   \\ad\enfdataexchange\HQtoMIRO_dropoff\Webcapture

6. Any additional comments related to this Website/video capture are provided below:

   FL-03848 Project #213503

I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Leevented Henley
[Analyst Name]                                          Executed on this 2nd day of February 2019.

EXHIBIT 4







BELL
4:21 PM
100%
mintvestor
Trade-Ideas Pro
File Tools Windows Help Account
High of Day Momo Scanner
MIDSTATES PETROLEUM CO-Crude Petroleum an...

# mintrade technologies