## U. S. SECURITIES AND EXCHANGE COMMISSION

Investigation # FL-03848

DECLARATION OF Leevented Henley

Pursuant to 28 U.S.C. Section 1746, the undersigned states as follows:

1. My name is Leevented Henley I am over twenty-one years of age and have personal knowledge of the matters set forth herein.

2. I am assigned as an IT Specialist to the U.S. Securities and Exchange Commission's Division of Enforcement in Washington, D.C. As part of my duties I am tasked to conduct a Website Capture/Video Capture.

3. In support of investigation number FL-03848, and at the direction of my supervisor, I was tasked to conduct Website/video capture of the following URL's.
   http://mintrade.tech/

   https://www.linkedin.com/in/nicholas-abadiotakis-304b959/

4. To complete the above mentioned website/video capture on, February 2, 2019, the following tools were used:
   Fire shot, Full-page Screen Capture, Off-line Explorer Pro, and Adobe Acrobat Pro

5. After each website/video was captured, a CD/DVD containing the identified web capture was produced to
   or
   After each website/video was captured for the above criteria, It was stored on a network share in which the location was provided by Marlon Roa. The location that was provided is as follows:

   \\ad\enfdataexchange\HQtoMIRO_dropoff\Webcapture

6. Any additional comments related to this Website/video capture are provided below:

   FL-03848 Project #213503


I declare under penalty of perjury that the foregoing is true, correct, and made in good faith.

Leevented Henley
[Analyst Name]                                          Executed on this 2nd day of February 2019.

**EXHIBIT 5**



**CryptoBuzz™ Premiere CryptoCurr...**
2,797 members

**Prop Traders**
23,330 members

**Direct Market Access (DMA)**
4,533 members

**Algorithmic Trading**
63,713 members

See all

# Linked in

| About | Talent Solutions | Community Guidelines | Questions? Visit our Help Center. | Select Language: English (English) |
| Careers | Marketing Solutions | Privacy & Terms ∨ | | |
| Advertising | Sales Solutions | Send feedback | Manage your account and privacy. Go to your Settings. | |
| Mobile | Small Business | Safety Center | | |

LinkedIn Corporation © 2019

● Messaging



 Search 

BNTouch Mortgage CRM - Partnership Building, Lead - Processing - Funded Clients Marketing System  Ad ···

# Nicholas Abadiotakis
Trader at Stock USA Execution Services, inc
West Palm Beach, Florida Area

Connect  ···

- Stock USA Execution Services, inc
- Monmouth University
- See contact info
- 284 connections

**People Also Viewed**

 Nicole Matos
Kurz Real Estate Corp.

Michael Stapleton
Proprietary Trader at Avatar Sec LLC

Jeri Ware
Senior Regulatory/Financial Cons

Tim Francis
broker at BGC Partners

Doreen Y.
Consultant

Kristina W.
Executive Assistant at Pont Capit

Ron Van Tongeren
Technical logistic manager

James Lewis II
Inclusion Teacher at Bloomfield E Auxiliary Police Officer Metucher Department.

Wade McGee
Investments

Christina Gallagher
Insurance Investigator at Golder Claims

## Experience

**Trader**
Stock USA Execution Services, inc
Nov 2011 – Present · 7 yrs 4 mos
West Palm Beach

**ProTrade Securities, LLC**
2 yrs 6 mos

- **Branch Manager**
  Jan 2010 – Jun 2012 · 2 yrs 6 mos

- **Trader**
  2010 · less than a year

**Market Maker, Trader**
Hudson Securities
1998 – 2008 · 10 yrs

## Education

**Monmouth University**
Bachelor of Science (BS), Finance & Accounting

## Skills & Endorsements

**Equities** · 16

 Endorsed by Brian McGowan, who is highly skilled at this

Endorsed by 3 of Nicholas' colleagues at Hudson Securities

**Trading** · 13

Endorsed by Brian McGowan and 2 others who are

Endorsed by 2 of Nicholas' colleagues at Hudson

**Learn the skills Nicholas has**



Algorithmic Trading a Stocks Essential Train
Viewers: 27,343

Personal Finance Tips Weekly
Viewers: 19,613

Messaging

**Electronic Trading** · 12

Endorsed by **Brian McGowan**, who is highly skilled at this

Industry Knowledge

**Options** · 11
**Financial Markets** · 6
**Capital Markets** · 3
**Investments** · 2
**Fixed Income** · 2
**Series 63** · 2
**Hedging** · 1

**Equity Trading** · 7
**Hedge Funds** · 4
**Securities** · 2
**Commodity** · 2
**Derivatives** · 2
**FX trading** · 1

Tools & Technologies

**Trading Systems** · 10

Other Skills

**Proprietary Trading** · 6
**ETFs** · 2
**Currency** · 1

**Trading Strategies** · 3
**FINRA** · 2
**Series 7** · 2

Show less ^

---

Interests

**Morgan Stanley**
880,409 followers

**Equity Trading**
2,269 members

**CryptoBuzz™ Premiere CryptoCurr...**
2,797 members

**Direct Market Access (DMA)**
4,533 members

**Prop Traders**
23,330 members

**Algorithmic Trading**
63,713 members

See all

---

Linked[in]

About
Careers
Advertising
Mobile

Talent Solutions
Marketing Solutions
Sales Solutions
Small Business

Community Guidelines
Privacy & Terms ∨
Send feedback
Safety Center

Questions?
Visit our Help Center.

Select Language

Messaging

Search

LinkedIn Corporation © 2019

Messaging




## Nicholas Abadiotakis

Trader at Stock USA Execution Services, inc

West Palm Beach, Florida Area

- Stock USA Execution Services, inc
- Monmouth University
- See contact info
- 284 connections

[Connect] [...]

### Experience

**Trader**
Stock USA Execution Services, inc
Nov 2011 – Present · 7 yrs 4 mos
West Palm Beach

**ProTrade Securities, LLC**
2 yrs 6 mos

**Branch Manager**
Jan 2010 – Jun 2012 · 2 yrs 6 mos

**Trader**
2010 · less than a year

**Market Maker, Trader**
Hudson Securities
1998 – 2008 · 10 yrs

### Education

**Monmouth University**
Bachelor of Science (BS), Finance & Accounting

### Skills & Endorsements

**Equities** · 16
- Endorsed by Brian McGowan, who is highly skilled at this
- Endorsed by 3 of Nicholas' colleagues at Hudson Securities

**Trading** · 13
- Endorsed by Brian McGowan and 2 others who are highly skilled at this
- Endorsed by 2 of Nicholas' colleagues at Hudson Securities

**Electronic Trading** · 12
- Endorsed by Brian McGowan, who is highly skilled at this

Show more ⌄

### Interests

**J.P. Morgan**
1,259,429 followers

**High Frequency Trading**
27,301 members

**CryptoBuzz™ Premiere CryptoCurr...**
2,797 members

**Prop Traders**
23,330 members

**Direct Market Access (DMA)**
4,533 members

**Algorithmic Trading**
63,713 members

See all

### People Also Viewed

 **Nicole Matos** — Kurz Real Estate Corp.

 **Michael Stapleton** — Proprietary Trader at Avatar Securities, LLC

 **Jeri Ware** — Senior Regulatory/Financial Consultant

 **Tim Francis** — broker at BGC Partners

 **Doreen Y.** — Consultant

 **Kristina W.** — Executive Assistant at Pont Capital

 **Ron Van Tongeren** — Technical logistic manager

 **James Lewis II** — Inclusion Teacher at Bloomfield BOE, Auxiliary Police Officer Metuchen Police Department

 **Wade McGee** — Investments

 **Christina Gallagher** — Insurance Investigator at Golden Eye Claims

### Learn the skills Nicholas has

 **Managing Your Personal Investments** — Viewers: 46,463

**Finance Foundations: Risk Management** — Viewers: 26,165

 **Brad Feld on Raising Capital** — Viewers: 1,332

See more courses

Promoted

**BNTouch Mortgage CRM** | **Ampeer Residences Dupont**

---

LinkedIn

About | Talent Solutions | Community Guidelines | Questions? Visit our Help Center | Select Language: English (English)
Careers | Marketing Solutions | Privacy & Terms ⌄
Advertising | Sales Solutions | Send feedback | Manage your account and privacy. Go to your Settings
Mobile | Small Business | Safety Center

LinkedIn Corporation © 2019