## Berlin, Amie R.

| | |
|---|---|
| **From:** | Weissman, Jessica |
| **Sent:** | Monday, January 28, 2019 12:35 PM |
| **To:** | Lorne Berkeley; Berlin, Amie R. |
| **Cc:** | Ari Sweetbaum |
| **Subject:** | RE: Subpoena to Nick Abadiotakis Mgr of mintrade technologies LLC |

Thank you for your email.  As you are probably aware, the SEC has re-opened.  Accordingly, we are now responding to your email of December 27, 2018.

Are you available to discuss this afternoon the outstanding subpoenas to Ms. Marin and Mintrade? Please let us know your availability.

Regards-
Jessica Weissman

---

**From:** Lorne Berkeley <lberkeley@drbdc-law.com>
**Sent:** Thursday, December 27, 2018 7:49 AM
**To:** Weissman, Jessica <WeissmanJm@sec.gov>; Berlin, Amie R. <BerlinA@sec.gov>
**Cc:** Ari Sweetbaum <asweetbaum@drbdc-law.com>
**Subject:** Subpoena to Nick Abadiotakis Mgr of mintrade technologies LLC

Jessica: Good morning.  My firm has been contacted by Mr. Abadiotakis in regard to the attached subpoena.  As you know this subpoena is issued in regard to traders cafe FL-03848.  After careful consideration, at this point in time, Mr. Abadiotakis is not able to respond to the subpoena based upon his good faith objections to its validity (outside the statute of limitations) and breadth. As we were advised in our recent conference call regarding the Marin subpoena the SEC is unwilling to provide any additional information concerning the circumstances surrounding the issuance of the subpoena, the grounds which give rise to its issuance, or the focus/scope of the investigation.

> When comparing the subpoena and the order of investigation, there does not appear to be a nexus or causal connection between the order of investigation and the documents being requested.  Our client believes that the subpoena is untimely and is otherwise overbroad.  Unless our client can reach agreement with the SEC,  our client intends to have a judge review the subpoena's validity and breadth.
>
> I am available to discuss further if you would like and in the interim, all of my client's rights are reserved.
>
> Thank you.

**EXHIBIT 6**