UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.

**SECURITIES AND EXCHANGE COMMISSION,**

    **Applicant,**

v.

**MINTRADE TECHNOLOGIES, LLC,**

    **Respondent.**

_____/

### ORDER TO SHOW CAUSE

The matter comes before the Court on the Securities and Exchange Commission's (the "Commission") Application for an Order to Show Cause and Order Enforcing Administrative Subpoena [D.E. _].  The Commission asks the Court to order the Respondent, MinTrade Technologies, LLC ("MinTrade"), to appear before this Court and show cause why the Commission's December 12, 2018 subpoena to produce documents should not be enforced, and to enforce the subpoena.

The Court has reviewed the Application and applicable law and hereby **ORDERS** that the Commission's Application is **GRANTED**, as follows:

Respondent is ordered to appear before this Court, _____, Courtroom __-__, Miami, Florida, 33132, on _____ _____, 2019 at ___ for a hearing at which Respondent must show cause why this Court should not compel Respondent to comply with the Commission's subpoena.  Respondent, if it chooses, may file with this Court a written memorandum of law in response to the Application; Respondent must do so no later than _____ ___, 2019.  If Respondent files a

written memorandum of law, the Commission may file a response brief no later than five days from the date of Respondent's filing.

According to the Application, Respondent is represented by counsel. The Commission shall immediately serve this Order on Respondent's counsel and on Respondent directly via overnight delivery, and shall promptly file proof of service with the Court.

**DONE AND ORDERED** in chambers at Miami, Florida this _____ day of _____, 2019.

_____
U.S. District Court Judge