UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-mc-20496-KMW

SECURITIES AND EXCHANGE COMMISSION,

    Applicant,

v.

MINTRADE TECHNOLOGIES, LLC,

    Respondent.

_____/

**SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF RELATED MATTER**

The Securities and Exchange Commission hereby provides notice of a related proceeding, *SEC v. Carla Marin*, 19-cv-20493-UU (J. Ungaro) (the "Marin Proceeding"). The Commission filed the Marin Proceeding after but on the same day we filed the instant case.

The Marin Proceeding and the instant case are both subpoena enforcement applications. In both matters, the Commission is seeking to enforce subpoenas issued pursuant to the Formal Order in the Commission's investigation of Swiss America Securities, Ltd., formerly known as SureTrader and currently known as MintBroker International Ltd. ("Swiss America" or "SureTrader") (the "Investigation"). At issue in the instant case is MinTrader Technologies LLC's failure to comply with a subpoena for the production of documents. At issue in the Marin Proceeding is Marin's failure to comply with a subpoena for testimony and a subpoena for the production of documents.

In both matters, the Respondents failed to respond to or otherwise comply with the subpoenas issued to them. The Respondents in both matters are represented by the same counsel.

February 7, 2019                        Respectfully submitted,