UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-mc-20496-KMW

SECURITIES AND EXCHANGE COMMISSION,

    Applicant,

v.

MINTRADE TECHNOLOGIES, LLC,

    Respondent.
_____/

**SECURITIES AND EXCHANGE COMMISSION'S AMENDED
NOTICE OF RELATED MATTER**

The Securities and Exchange Commission hereby provides an amended notice of a related proceeding, *SEC v. Carla Marin*, 19-cv-20493-UU (J. Ungaro) (the "Marin Proceeding"). The Commission filed the Marin Proceeding after but on the same day we filed the instant case.

The Marin Proceeding and the instant case are both subpoena enforcement applications. In both matters, the Commission is seeking to enforce subpoenas issued pursuant to the Formal Order in the Commission's investigation of Swiss America Securities, Ltd., formerly known as SureTrader and currently known as MintBroker International Ltd. ("Swiss America" or "SureTrader") (the "Investigation"). At issue in the instant case is MinTrader Technologies LLC's failure to comply with a subpoena for the production of documents. At issue in the Marin Proceeding is Marin's failure to comply with a subpoena for testimony and a subpoena for the production of documents.

In both matters, the Respondents failed to respond to or otherwise comply with the subpoenas issued to them. The Respondents in both matters are represented by the same counsel.

February 7, 2019                    Respectfully submitted,

         By: <u>Amie Riggle Berlin</u>
           Amie Riggle Berlin, Esq.
           Senior Trial Counsel
           Florida Bar No. 630020
           Direct Dial: (305) 982-6322
           Email: berlina@sec.gov

           Attorney for Plaintiff
           **SECURITIES AND EXCHANGE   COMMISSION**
           801 Brickell Avenue, Suite 1800
           Miami, Florida  33131
           Telephone: (305) 982-6300
           Facsimile:  (305) 536-4154

## <u>CERTIFICATE OF SERVICE</u>

   **I HEREBY CERTIFY** that on February 7, 2019, I electronically filed the above document using CM/ECF or directed service in the method set forth in the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those who are not authorized to receive electronically Notices of Electronic Filing.

           <u>Amie Riggle Berlin</u>
           Amie Riggle Berlin

## <u>SERVICE LIST</u>

Lorne Berkeley, Esq.
Daniels Rodriguez Berkeley Daniels Cruz
4000 Ponce De Leon Boulevard, Suite 800
Coral Gables, FL 33146
Telephone: 305-448-7988
Facsimile: 305-448-7978
Email: lberkeley@drbdc-law.com
*Attorney for Respondent*