UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-mc-20496-KMW

SECURITIES AND EXCHANGE COMMISSION,

    Applicant,

v.

MINTRADE TECHNOLOGIES, LLC,

    Respondent.

_____/

**APPLICANT SECURITIES AND EXCHANGE COMMISSION'S**
**<u>NOTICE OF PENDING CASE</u>**

The Securities and Exchange Commission hereby provides notice of pending case, *Guy Gentile v. S.E.C.*, Case No. 19-cv-05155 (D.N.J.), which appears to have been filed in the U.S. District Court for the District of New Jersey on February 8, 2019 (the "New Jersey Case").

As set forth in the S.E.C.'s February 6, 2019 subpoena enforcement application in the instant matter before this Court [D.E. 1) ("Subpoena Enforcement Application"), the S.E.C. seeks to enforce compliance with a subpoena issued pursuant to the Formal Order of Investigation dated November 5, 2013 (the Trader's Cafe Formal Order").

The complaint in the New Jersey Case includes a count for abuse of process against the S.E.C. and seeks an Order "quashing all subpoenas served pursuant to the Traders Café [Formal Order]," "declaring further investigation into Mr. Gentile pursuant to [the Traders Café [Formal Order] authorizing the investigation of conduct unrelated to Mr. Gentile and beyond the statute of limitations as without statutory authority and an abuse of process," and "precluding the SEC from using any evidence obtained through its misuse of the Traders Café [Formal Order] for any purpose

in any future proceeding." Case. No. 19-cv-05155 (D.N.J.) at D.E. 1, page 24; and Exhibit 1 hereto (New Jersey Complaint).

The complaint, which can be read in full as Exhibit 1 hereto, also includes the following allegations, among others:

- "The actual investigation into Traders Café that the Commission authorized six years ago appears to have concluded in 2014 when the principals of Traders Café pleaded guilty to selling unregistered securities and entered into settlement agreement with the S.E.C." 19-cv-05155 (D.N.J.), D.E. 1, and Exhibit 1 hereto, at ¶ 2;

- "Given the facts here, it is evident that either evidence suggesting a likelihood that Mr. Gentile has or was about to commit a securities law violation was never presented to the Commission, or if it was presented, it was rejected as insufficient by the Commission." *Id*. at ¶ 4; and

- "The actions taken by the SEC staff at the Miami Regional Office are improper and plainly not for any legitimate law enforcement purpose. Rather, they are demonstrably intended solely for the purpose of harassment and to retaliate against Mr. Gentile for stopping his full-time cooperation with the SEC in 2015 and previously defeating both a Department of Justice Indictment and the SEC in civil litigation last year, which resulted in curtailing the SEC's ability to file untimely complaints." *Id*. at ¶ 5; and

- "The SEC appears to also be retaliating against Mr. Gentile for his critical public statements about the agency and for whistleblowing against an SEC employee." *Id*.

Counsel for MinTrade asked undersigned if we would agree to transfer the instant Subpoena Enforcement Application to the U.S. District Court for New Jersey. We advised him we do not agree. MinTrade's counsel stated he would file a motion to transfer this Subpoena

Enforcement Application; no such motion appears on the docket and we are unaware of any such filing.

February 22, 2019               Respectfully submitted,

                        By:     Amie Riggle Berlin
                                Amie Riggle Berlin, Esq.
                                Senior Trial Counsel
                                Florida Bar No. 630020
                                Direct Dial: (305) 982-6322
                                Email: berlina@sec.gov

                                Attorney for Plaintiff
                                **SECURITIES AND EXCHANGE   COMMISSION**
                                801 Brickell Avenue, Suite 1800
                                Miami, Florida  33131
                                Telephone: (305) 982-6300
                                Facsimile:  (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 22, 2019, I electronically filed the above document using CM/ECF or directed service in the method set forth in the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those who are not authorized to receive electronically Notices of Electronic Filing.

                                Amie Riggle Berlin
                                Amie Riggle Berlin

## SERVICE LIST

Lorne Berkeley, Esq.
Daniels Rodriguez Berkeley Daniels Cruz
4000 Ponce De Leon Boulevard, Suite 800
Coral Gables, FL 33146
Telephone: 305-448-7988
Facsimile: 305-448-7978
Email: lberkeley@drbdc-law.com
*Attorney for Respondent*
Via email and UPS Overnight Delivery