UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:19-mc-20496-KMW

SECURITIES AND EXCHANGE COMMISSION,

    Applicant,

v.

MINTRADE TECHNOLOGIES, LLC,

    Respondent.

_____/

**SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF FILING
DECLARATION IN SUPPORT OF APPLICATION**

    Applicant Securities and Exchange Commission hereby files the Declaration of S.E.C. Assistant Director Jessica Weissman in support of the Application. For An Order To Show Cause And An Order Enforcing An Administrative Subpoena Against Mintrade Technologies, LLC (D.E. 1). Attached as Exhibit A.

    The Declaration swears to the statements in the Application about the Investigation and Subpoena at issue.

March 26, 2019              Respectfully submitted,

              By:    Amie Riggle Berlin
                          Amie Riggle Berlin, Esq.
                          Senior Trial Counsel
                          Florida Bar No. 630020
                          Direct Dial: (305) 982-6322
                          Email: berlina@sec.gov

                          Attorney for Plaintiff
                          **SECURITIES AND EXCHANGE   COMMISSION**
                          801 Brickell Avenue, Suite 1800
                          Miami, Florida  33131
                          Telephone: (305) 982-6300
                          Facsimile:   (305) 536-4154