UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 19-mc-20496-WILLIAMS/TORRES

SECURITIES AND EXCHANGE COMMISSION,

    Applicant,

v.

MINTRADE TECHNOLOGIES, LLC,

    Respondent.
_____/

## NOTICE

Plaintiff Securities and Exchange Commission hereby notifies the Court that on May 14, 2019, the District Court of New Jersey granted the S.E.C.'s Motion to Dismiss *Gentile v. S.E.C.*, 19-cv-5155 (D. NJ), for lack of subject matter jurisdiction because the S.E.C. has not waived sovereign immunity. A copy of the Opinion is attached.

Because all briefing has concluded in this summary proceeding, the S.E.C. only provides notice of the Opinion and a copy thereof. If the Court directs the S.E.C. to address how this Order supports denying Guy Gentile's pending motion to intervene, we will file an appropriate brief.

May 15, 2019                        Respectfully submitted,

                        By:    <u>Amie Riggle Berlin</u>
                                Amie Riggle Berlin, Esq.
                                Senior Trial Counsel
                                Florida Bar No. 630020
                                Direct Dial: (305) 982-6322
                                Email: berlina@sec.gov

                                Attorney for Plaintiff
                                **SECURITIES AND EXCHANGE   COMMISSION**
                                801 Brickell Avenue, Suite 1800
                                Miami, Florida  33131
                                Telephone: (305) 982-6300