UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-mc-20496-CIV-WILLIAMS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

MINTRADE TECHNOLOGIES, LLC,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation (DE 27) (the "Report") regarding Guy Gentile's motion to intervene (DE 19). Gentile filed objections three days after the deadline[1] (DE 29) and Plaintiff filed a response to the objections (DE 30). The Court has independently reviewed the Report, the objections, the record, and applicable case law. Accordingly, it is **ORDERED AND ADJUDGED** that the Report is **AFFIRMED** and the analysis contained in the Report (DE 27) is **ADOPTED** and incorporated by reference. Gentile's motion to intervene (DE 19) is **DENIED**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 16th day of July, 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

[1] Although Gentile's objections were untimely, the Court has nonetheless considered them.