UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-20496-MC-WILLIAMS

SECURITIES AND EXCHANGE COMMISSION,

    Applicant,

v.

MINTRADE TECHNOLOGIES, LLC,

    Respondent.
_____/

## ORDER

**THIS MATTER** is before the Court following a show cause hearing held on November 13, 2019. This Court previously reviewed and adopted Magistrate Judge Edwin G. Torres's Report and Recommendation (DE 33) (the "Report") regarding the Securities and Exchange Commission's ("SEC") Application for an Order to Show Cause and an Order Enforcing an Administrative Subpoena (DE 1) and set a show cause hearing in this matter based on the Report's recommendation. The Court independently reviewed the Report, the record, the objections and response, and applicable case law. Now, with the benefit of a show cause hearing,[1] it is **ORDERED AND ADJUDGED** that the Report (DE 33) is **AFFIRMED** and the analysis contained in the Report is **ADOPTED** and incorporated herein by reference. The SEC's petition to enforce an administrative

---

[1] At the show cause hearing on November 13, 2019, Respondent for the first time argued that enforcement of the subpoena should be stayed pending the Eleventh Circuit's ruling in a related case, *Securities and Exchange Comm. v. Marin*, No. 19-13990 (11th Cir. Oct. 10, 2019), that was recently appealed, *SEC v. Carla Marin*, 19-cv-20493-UU (denying motion to stay enforcement of SEC subpoena pending appeal). The Court advised Respondent that any motion to stay enforcement of the subpoena *would be considered in due course.*

1

subpoena (DE 1) is **GRANTED** and Respondent is **ORDERED** to comply fully with the SEC's subpoena dated December 12, 2018 by **December 6, 2019**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 13th day of November, 2019.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE