```
 1                  UNITED STATES DISTRICT COURT
 2                  SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
 3                    CASE NUMBER 19-20496

 4    SECURITY AND EXCHANGE COMMISSION

 5
          vs.
 6
      MINTRADE, et al
 7

 8                   HEARING HELD 11-13-2019
             BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
 9              UNITED STATES DISTRICT COURT JUDGE

10
      APPEARANCES:
11
      FOR THE SEC:              AMIE RIGGLE BERLIN, ESQ.
12

13    FOR THE DEFENDANT:        LORNE BERKLEY, ESQ.
                                and ALEX WILDMAN, ESQ.
14
      REPORTED BY:              PATRICIA SANDERS, RPR
15                              United States Court Reporter
                                400 North Miami Avenue, Suite 11-3
16                              Miami, FL  33128
                                T: 305.523.5528
17                              patricia_sanders@flsd.uscourts.gov

18

19

20

21

22

23

24

25
```

01:56

2

| | |
|---|---|
| 11:07 | 1 |

THE COURT:  The Court calls Case No. 19-20496.

Security and Exchange Commission versus Mintrade.
Counsel, if you would please state your appearances for the
record.

MS. RIGGLE BERLIN: Amie Riggle Berlin on behalf of
U.S. Security and Exchange Commission.

THE COURT:  Good morning, Ms. Riggle Berlin.

MR. BERKLEY: Good morning, Your Honor, Lorne Berkley
and Alex Wildman on behalf of MinTrade Technologies.

THE COURT:  Good morning, counsel. And everyone may be
seated.  All right. Let me go through a bit of background on
this matter.

This is a case regarding enforcement of compliance
with a subpoena. It was referred to Judge Torres. Judge Torres
entered an R&R, objections were filed, this Court adopted the
R&R, and on request of the SEC set this down for a show cause
hearing.

The parties have fully briefed this matter, I have
reviewed Judge Torres' order as well as all of the underlying
documentation filed and the subsequent pleadings.

So now the question becomes why we should not go
forward with compliance?  And I think more to the point what
our timeline should be.

So, Ms. Riggle Berlin, I will start with you and then
turn to the respondents.

11:09  1        MS. RIGGLE BERLIN:  Your Honor, the SEC believes at

11:09  2  this point there is nothing that should further delay the SEC

11:09  3  obtaining the evidence that it sought in the subpoenas.

11:09  4        And the matter has been pending in litigation since

11:09  5  February. It is critical for our ongoing investigation. As far

11:10  6  as timing, Your Honor, we would request that the documents be

11:10  7  produced within two weeks.

11:10  8        THE COURT: All right. Fourteen days; that does not

11:10  9  sound unreasonable.

11:10  10       Counsel, what are your thoughts?

11:10  11       MR. BERKLEY: Thank you, Your Honor.  Again, Lorne

11:10  12  Berkley on behalf of respondent. I think in regard to timeframe

11:10  13  there are some issues that Your Honor should be made aware of.

11:10  14       And in considering a timeframe I would represent the

11:10  15  following to Your Honor:  The SEC in a separate and distinct

11:10  16  action against another client --

11:10  17       THE COURT: Yes, the New Jersey matter.

11:10  18       MR. BERKLEY: Well besides the New Jersey matter there

11:10  19  is another matter that was pending before Judge Ungaro that is

11:10  20  currently under appeal before the 11th Circuit.

11:10  21       That arises out of the same exact FOI, same exact fact

02:06  22  pattern. It involves a different party, not MinTrade, but Karla

02:06  23  Marin. And at this point the whole validity of the current FOI

11:11  24  before Your Honor is up on appeal before the 11th Circuit.

11:11  25

11:11  1        So currently from a purely administrative and a --

11:11  2   housekeeping status of the case we are in a position where 11th

11:11  3   Circuit could rule that this FOI, the same FOI before Your

11:11  4   Honor, is stale and unenforceable.

11:11  5        And that ruling could take place after this Honorable

11:11  6   Court requires MinTrade to actually comply with the subpoena

11:11  7   issued under this FOI.

11:11  8        So I do believe if Your Honor -- and I do have other

11:11  9   arguments if Your Honor will bear with me as pertains to the

11:11  10  current fact pattern before Your Honor.

11:11  11       But at a minimum if Your Honor is inclined to adopt

11:11  12  and enforce the report and recommendation I would state that

11:11  13  the timeframe needs to coincide with the validity of the FOI

02:09  14  that is before Your Honor.

02:09  15       So that is the first issue.  I don't know if Your

02:09  16  Honor wants to address that or whether I should move on to the

02:10  17  next aspect of it.

02:10  18       THE COURT:  Well, no, I really don't wish to address

02:10  19  any underlying arguments that have already been addressed by

02:10  20  Judge Torres' order and my order adopting Judge Torres' order.

02:10  21       And if you feel that this has a similar underlying

02:10  22  rationale or that the facts are such that the 11th Circuit

02:10  23  should review it then I would suggest you appeal the order that

11:12  24  I have compelling you to give up the documents and consolidate

11:12  25  it with that which apparently has been appealed from Judge

11:12  1   Ungaro's case. The question would be whether a stay was

11:12  2   appropriate. I don't know, Ms. Riggle Berlin, what you think

11:12  3   about a stay but I am certainly not inclined to rehash what we

11:13  4   have already discussed for lo these eights months.

11:13  5           MR. BERKLEY: I apologize, Your Honor, if I may.

11:13  6           THE COURT: Yes.

11:13  7           MR. BERKLEY: If I may address what Your Honor just

02:15  8   said where Your Honor has reviewed the pleadings that have been

02:15  9   filed and the matter has been briefed -- obviously that is

11:13  10  admittedly the case.

11:13  11          However, what I would present to Your Honor is under

11:13  12  the Powell case there is a requirement that an evidentiary

11:13  13  hearing take place to insure there is evidence before Your

11:13  14  Honor that establishes a logical nexus between the FOI and the

11:13  15  respondent.

11:13  16          THE COURT:  Did Judge Torres have an evidentiary

11:13  17  hearing?

11:13  18          MR. BERKLEY: No.

11:13  19          THE COURT:  Well did you ask Judge Torres for an

11:13  20  evidentiary hearing?  Because of course that would be the

02:16  21  reason one would refer the matter to the Magistrate Judge

02:16  22  because you needed to develop the record. But if you have not

02:17  23  asked for one then I think that ship has sailed.

11:14  24          Ms. Riggle Berlin, what is the status of that

02:17  25  particular dimension of this case?

11:14  1     MS. RIGGLE BERLIN: So there was not an evidentiary

11:14  2   hearing. However the Commission filed a sworn declaration from

11:14  3   the staff in support of the application which can serve as the

11:14  4   basis for the findings.

11:14  5     At no time did the respondent request an evidentiary

11:14  6   hearing in this matter. As far as the motion to stay that could

11:14  7   be filed they filed one in the matter with Judge Ungaro, and

11:14  8   the Commission opposed it and Judge Ungaro denied it.

11:14  9     And so were they to file the same motion here we would

11:14  10  oppose it under the same grounds.

11:15  11    THE COURT:  What happened?  Did the Commission receive

11:15  12  the documents in the Judge Ungaro case where that is being

02:20  13  litigated with the 11th Circuit or are the documents in some

02:20  14  sort of holding pattern?

02:21  15      (INAUDIBLE COMMENTS BY COUNSEL)

11:15  16    THE COURT:  Counsel, you need to speak into the

02:30  17  microphone. Neither I nor my court reporter heard what you just

02:30  18  said.

11:15  19    MR. BERKLEY: I apologize.

11:15  20    THE COURT:  So the motion is now pending in front of

11:15  21  the 11th Circuit as I understand it.

11:15  22    MS. RIGGLE BERLIN: It is, Your Honor. And critically

11:15  23  in that case -- while the subpoena was enforced and they had

11:15  24  been compelled to comply and the motion to stay was denied

11:15  25  there is no set deadline in that case for compliance with the

11:15  1  subpoenas, which is testimony and documents. And counsel has

11:16  2  refused to provide us testimony dates or dates for producing

02:33  3  documents on grounds they filed the identical motion in front

11:16  4  of the 11th Circuit seeking a stay there.

11:16  5       I think it does highlight the importance of having a

11:16  6  deadline for their compliance so you don't see us again soon

11:16  7  because they have refused to comply until the 11th Circuit case

11:16  8  is over.

11:16  9       THE COURT:  Counsel, do you represent the other party

11:16  10  in the Judge Ungaro action?

11:16  11       MR. BERKLEY: Yes. And if I may address Your Honor

11:16  12  regarding the requirement on the evidentiary hearing. We are

11:16  13  the respondent and it is the Government's burden to present

11:16  14  evidence in an administrative hearing.

11:16  15       We put in our papers there has been no administrative

11:16  16  hearing.  There has been no evidence presented to the Court

11:17  17  other than a declaration stating that the respondent has a web

11:17  18  page that does trading.

11:17  19       That has nothing to do with an FOI issued in 2013 on a

11:17  20  company that was not in existence until 2017.

11:17  21       THE COURT:  Judge Torres very ably addressed that for

11:17  22  some pages in the report and recommendation. All of that was

11:17  23  brought up, and he determined there was no basis to prevent the

11:17  24  SEC from pursuing the subpoena.

11:17  25

8

11:17    1        It's been briefed, and I have adopted that order and I

11:17    2   am ready to proceed.

11:17    3        I wanted the parties to let me know what kind of time

02:35    4   would be sufficient for them to get the documents, which you

02:35    5   have known about for eight months -- and you knew had been

02:35    6   requested by the SEC. You may have asked that these matters be

11:18    7   consolidated before now.

11:18    8        So I am adopting Judge Torres' report. I am going to

11:18    9   set compliance for three weeks from today. And if you wish to

11:18   10   file a motion to stay with regard to the pendency of the other

11:18   11   matter in the 11th Circuit you may do so.

11:18   12        I will take it up and we will see how that goes. But

11:18   13   right now as regards what is in front of me I think that it is

11:18   14   appropriate that the subpoena be enforced.

11:18   15        So three weeks -- and I know that we have Thanksgiving

11:18   16   in there -- so what do you think you need in terms of time?

11:18   17        MR. BERKLEY: Your Honor, I am going away the third

11:18   18   week of November, and I will be out of town the entire week, so

11:19   19   I would respectfully request until the end of the first week in

11:19   20   December.

11:19   21        THE COURT:  Give or take that is about a month from

11:19   22   now.  So whatever the last Friday is in the first week of

02:37   23   December -- I think it is the eight -- I will set that down as

11:19   24   the date.

11:19   25

11:19  1          MR. BERKLEY: Your Honor, for clarity December 6th is

11:19  2   the first Friday at the end of the first week in December.

11:19  3          THE COURT:  Oh, yes, I apologize for miscalculating

02:39  4   that. So by December the 6th. And if you feel it is appropriate

02:39  5   to file a motion to stay I would ask you to do so as soon as

02:39  6   possible rather than towards the end of the time period.

11:20  7          MR. BERKLEY: Yes, Your Honor.

11:20  8          THE COURT:  All right. Thank you all for being here.

       9                  HEARING CONCLUDED

      10

      11

      12

      13

      14

      15

      16

      17

      18

      19

      20

      21

      22

      23

      24

      25

```
 1                        -   -   -

 2                  C E R T I F I C A T E

 3          I hereby certify that the foregoing is an accurate

 4  transcription of proceedings in the above-entitled matter.

 5

 6                                      /S/PATRICIA SANDERS

 7  _____                _____

 8  DATE FILED                 PATRICIA SANDERS, RPR

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```